No. 80–1703.   Mississippi College v. Equal Employment Opportunity Commission.   C. A. 5th Cir.   Certiorari denied.

No. 80–1748.   Morelli v. United States.   C. A. 6th Cir.   Certiorari denied.

No. 80–1970.   Aikens v. United States Postal Service Board of Governors.   C. A. D. C. Cir.   Certiorari denied.

No. 80–1982.   Murray, Commissioner of Mental Health of Indiana, et al. v. Cua.   C. A. 7th Cir.   Certiorari denied.

No. 80–6058.   Elkins et al. v. United States;
No. 80–6137.   Hensley v. United States;
No. 80–6141.   Sutton et al. v. United States;
No. 80–6147.   Harris v. United States;
No. 80–6253.   Holmes v. United States;
No. 80–6254.   Adams v. United States; and
No. 80–6272.   Cravens v. United States.   C. A. 6th Cir. Certiorari denied.   Reported below: 642 F. 2d 1001.

No. 80–6354.   Beshaw v. Fenton, Warden, et al.   C. A. 3d Cir.   Certiorari denied.

No. 80–6552.   Johnson v. Smith, Attorney General, et al.   C. A. 10th Cir.   Certiorari denied.

No. 79–881.   Mitchell v. Zweibon et al.;
No. 79–882.   Nixon et al. v. Smith et al.; and
No. 79–883.   Zweibon et al. v. Mitchell.   C. A. D. C. Cir.   Certiorari denied.   Justice Rehnquist took no part in the consideration or decision of these petitions.   Reported below: Nos. 79–881 and 79–883, 196 U. S. App. D. C. 265, 606 F. 2d 1172; No. 79–882, 196 U. S. App. D. C. 276, 606 F. 2d 1183.